# EXHIBIT A



700 13th Street, NW
Suite 800
Washington, D.C. 20005-3960

T  +1.202.654.6200
F  +1.202.654.6211
PerkinsCoie.com

November 29, 2022

LeAnn M. Johnson Koch
LeAnnJohnson@perkinscoie.com
D.  +1.202.654.6209

**VIA CERTIFIED AND EMAIL
RETURN RECEIPT REQUESTED**

Hon. Michael Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Ave NW
Washington, DC 20460

Re:     Notice of Intent to Sue Pursuant to 42 U.S.C. § 7604(b)(2) for Failure to Issue Decisions on Small Refinery Hardship Petitions Pursuant to § 7545(o)(9)(B)(iii)

Dear Administrator Regan:

On behalf of Ergon-West Virginia, Inc. ("EWVI"), we submit this notice of intent to sue the Administrator of the United States Environmental Protection Agency ("EPA" or the "Administrator") for the Administrator's failure to perform a non-discretionary duty under the Clean Air Act ("CAA") and to seek a court order requiring the Administrator to perform that nondiscretionary duty. 42 U.S.C. § 7604(a)(2); *id.* § 7604(b)(2).

Specifically, EPA has failed to act on EWVI's petitions for small refinery hardship relief from the Renewable Fuel Standard ("RFS") for the 2016, 2017, and 2018 compliance years for two years after EPA's August 9, 2019 decision to deny those petitions was vacated and remanded to the agency by the U.S. Court of Appeals for the Fourth Circuit on November 17, 2020. *Ergon-W. Virginia, Inc. v. EPA*, 980 F.3d 403 (4th Cir. 2020) ("*Ergon II*"). EPA has a non-discretionary duty to act on any petition for small refinery hardship relief within ninety (90) days after receipt of the petition. 42 U.S.C. § 7545(o)(9)(B)(iii). EPA failed to perform this non-discretionary duty when it did not act upon EWVI's remanded petitions by April 12, 2021, 90 days after the Fourth Circuit issued the mandate in *Ergon II* on January 11, 2021. EWVI urges the Administrator to issue the 2016–2018 decisions as soon as possible, so it will be unnecessary to file suit.

Hon. Michael Regan
November 29, 2022
Page 2

  Pursuant to 40 C.F.R. § 54.3(a), the full name and address of the person providing this notice is:

  LeAnn Johnson Koch
  Perkins Coie LLP
  700 13th Street N.W., Suite 800
  Washington, DC, 20005

Sincerely,

LeAnn M. Johnson Koch

cc (via email):  Byron Bunker