# EXHIBIT B

**Subject:** FW: EWVI - Notice of Intent to Sue Pursuant to Clean Air Act
**Attachments:** 2022.11.29. EWVI Notice of Intent to Sue EPA Administrator.pdf

---

**From:** Ford, Aimee E. (WDC)
**Sent:** Tuesday, November 29, 2022 5:48 PM
**To:** Regan.Michael@epa.gov
**Cc:** Bunker, Byron <bunker.byron@epa.gov>; LeAnn M. Johnson Koch (WDC) (LeAnnJohnson@perkinscoie.com) <LeAnnJohnson@perkinscoie.com>
**Subject:** EWVI - Notice of Intent to Sue Pursuant to Clean Air Act

Administrator Regan –

On behalf of Ergon-West Virginia, Inc. (EWVI), we submit the attached notice of intent to sue for failure to perform a non-discretionary duty under the Clean Air Act. 42 U.S.C. § 7604(a)(2); *id.* § 7604(b)(2).

Pursuant to 40 CFR § 54.2(a), we are also submitting the notice via certified mail today. Please let us know if you have any trouble accessing the attached.

Regards,
Aimee Ford

**Aimee Ford** | **Perkins Coie LLP**
ASSOCIATE
700 Thirteenth Street, N.W. Suite 800
Washington, DC 20005-3960
D. +1.202.654.1710
F. +1.202.624.9566
E. AFord@perkinscoie.com