# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERGON-WEST VIRGINIA, INC.,

Plaintiff(s),

v.

MICHAEL S. REGAN, in his official capacity as the Administrator of the United States Environmental Protection Agency

Defendant(s).

Civil NO: 23-cv-00076-JPB

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jonathan G. Hardin, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 3·7·2023

_____
United States District Judge