# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Ergon-West Virginia, Inc.

**Plaintiff(s),**

v.　　　　　　　　　　Civil　　　　NO: 5:23-CV-76 (Bailey)

Michael S. Regan, in his official capacity as the Administrator of the United States Environmental Protection Agency

**Defendant(s).**

## ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S APPLICATION TO APPEAR PRO HAC VICE

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Elisabeth H. Carter, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 3-21-2023

_____
United States District Judge